# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1412

_____

| | | |
|---|---|---|
| H. G. Davis, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| John Wayne Carter, Judge, one and all; | * | |
| Faulkner County Quorum Court, one | * | [UNPUBLISHED] |
| and all; H. G. Foster, Prosecuting | * | |
| Attorney, one and all; Marty | * | |
| Montgomery, Sheriff, originally sued | * | |
| as Monty Montgomery, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 23, 2003
Filed: August 6, 2003

_____

Before BOWMAN, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

H. G. Davis appeals the adverse entry of final judgment by the District Court[1] in his civil rights lawsuit, wherein he claimed due process and equal protection violations based on allegations that the defendant county officials and entity took

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

various wrongful actions with regard to property on which he resides. Having carefully reviewed the record, we conclude that (1) to the extent the ruling is properly before us, the dismissal of claims against the county prosecutor was correct; (2) the grant of summary judgment to the remaining defendants was also correct; and (3) an extended opinion would have no precedential value. Accordingly, we affirm. See 8th Cir. R. 47B. We deny Davis's request for injunctive relief pending appeal as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.